UNITED STATES DISTRICT COURT
District of Minnesota

CR18-90 DSD/DTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 115(a)(1)(B) |
| v. | 18 U.S.C. § 875(c) |
| ROBERT PHILLIP IVERS, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Threatening to Murder a Federal Judge)

On or about February 27, 2018, in the State and District of Minnesota, the defendant,

**ROBERT PHILLIP IVERS,**

did threaten to murder a known United States Judge, with intent to impede, intimidate, and interfere with the Federal Judge while such Judge was engaged in the performance of the Judge's official duties, and to retaliate against such Federal Judge on account of the performance of the Judge's official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 2
(Interstate Transmission of a Threat to Injure the Person of Another)

On or about February 27, 2018, in the State and District of Minnesota, the defendant,

SCANNED
APR 18 2018
U.S. DISTRICT COURT MPLS

United States v. Robert Phillip Ivers

**ROBERT PHILLIP IVERS,**

knowingly and willfully did transmit in interstate or foreign commerce a communication, specifically, a phone call to Witness A, and the communication contained a threat to injure the person of another, to wit, a Federal Judge, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____         _____
UNITED STATES ATTORNEY                            FOREPERSON