UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | No. 0:18-cr-00090 (RWP/CFB) |
| v. | * | |
| ROBERT PHILLIP IVERS | * | ORDER |
| Defendant. | * | |

Before the Court is the Government's motion for an order directing counsel for two individuals, identified in this matter as Attorneys A and B, to disclose a memorandum to the Court for *in camera* review. ECF No. 105.

The Government has represented that counsel for Attorneys A and B has prepared a memorandum summarizing portions of an unrecorded phone call between Defendant and Attorneys A and B on February 27, 2018. ECF. No. 105. The Government has also represented that the summary memorandum does not contain statements made for the purpose of obtaining legal advice and may provide context for other statements at issue in this matter. *Id.* Further, the Government has represented that counsel for Attorneys A and B is unwilling to disclose the summary memorandum without a court order and requests that it be first disclosed to the Court for an *in camera* review to determine whether the information contained within the memorandum is subject to the attorney-client privilege. If the Court determines that it is not privileged, the Government requests that it be provided the summary memorandum it.

Based on the representations of the Government and for good cause, the Court orders that counsel for Attorneys A and B shall provide a copy of the summary memorandum to the Court

2

for *in camera* review. The Government's Motion for *In Camera* Disclosure (ECF No. 105) is GRANTED.

Dated this 30th day of August, 2018.

_____
ROBERT W. PRATT, Judge
U.S. DISTRICT COURT