UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | No. 0:18-cr-00090 |
| | * | |
| v. | * | |
| | * | |
| ROBERT PHILLIP IVERS, | * | VERDICT FORM |
| | * | |
| Defendant. | * | |
| | * | |

**VERDICT FORM**

### COUNT ONE

With regard to the crime of threatening to murder a federal judge, as charged in Count One of the Indictment, we, the jury, unanimously find the Defendant ROBERT PHILLIP IVERS,

_____ NOT GUILTY         \_\_\_\_\_X\_\_\_\_\_ GUILTY


SCANNED
SEP 14, 2018
U.S. DISTRICT COURT MPLS

## COUNT TWO

With regard to the crime of interstate transmission of a threat to injure the person of another, as charged in Count Two of the Indictment, we, the jury, unanimously find the Defendant ROBERT PHILLIP IVERS,

_____ NOT GUILTY            _____X_____ GUILTY

9/14/18
_____
DATE

REDACTED
_____
FOREPERSON