*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

*DOUGLAS OLSON
Senior Litigator

CHAD M. SPAHN
Senior Investigator

*MSBA Certified Criminal Law Specialist

**OFFICE OF THE**
# FEDERAL DEFENDER
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
*SHANNON ELKINS
DOUGLAS MICKO
ROB MEYERS
ERIC RIENSCHE
SARAH WEINMAN
*JEAN BRANDL
MATTHEW DEATES
Assistant Defenders

SUCCESS CARTER
Fellow

November 15, 2022

**VIA CM/ECF**
Honorable Robert W. Pratt
Senior United States District Judge
U.S. District Courthouse
123 East Walnut Street
Des Moines, IA 50309

      RE:    *United States v. Robert Phillip Ivers*
                 *CR: 18-90 (RWP)*

Dear Judge Pratt,

Given that Mr. Ivers is continuing to be detained well after the now-vacated sentence of 1 year of imprisonment would have expired, I am writing to formally request that his revocation hearing be scheduled as soon as possible. Mr. Ivers consents to having this hearing by videoconference.

Sincerely,

*s/ Robert Meyers*

ROBERT MEYERS
Assistant Federal Defender

RM/sls

cc:    Allison Ethen, AUSA
         James Weinberger, USPO
         Trista Buttera, USPO